UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WHEELER, | No.  2:14-cv-0521 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| JEROME PRICE, | |
| Respondent. | |

    Petitioner is a state prisoner, proceeding pro se.  On June 18, 2015, findings and recommendations were issued, recommending that respondent's motion to dismiss be granted, petitioner's motion for injunctive relief be denied as moot, and the petition for writ of habeas corpus be dismissed.  (ECF No. 21.)  On July 9, 2015, petitioner filed a document styled, "Withdrawal of Petition and or Refusal to File Opposition," in which petitioner requests to withdraw his petition.  (ECF No. 22.)  The court construes petitioner's filing as a request to voluntarily dismiss this action.  Fed. R. Civ. P. 41(a).

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); <u>see also</u> Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated:  July 21, 2015

whee0521.159

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE